THERESE Y. CANNATA (SBN 88032)
VINCENT C. LEE (SBN 310313)
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
tcannata@cofolaw.com
vlee@cofolaw.com

Attorneys for Defendant
WEST COAST METAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST METALS, INC., as a corporation organized and existing under the laws of the State of California, and DOES 1-10, inclusive,<br><br>Defendant. | No. 22-CV-02883-DMR<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RULE 26(F) REPORT AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)** |

**JOINT STIPULATION TO CONTINUE DEADLINE FOR RULE 26(F) REPORT AND INITIAL CMC**

Pursuant to Civil Local Rules 6-1, Plaintiff EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC ("Eden"), and Defendants WEST COAST METALS, INC. ("West Coast"), by and through their respective counsel, hereby stipulate

## RECITALS

1. Whereas Eden filed the Complaint for Declaratory and Injunctive Relief, Civil Penalties and Remediation (Dkt 1) pursuant to the Federal Water Pollution Control Act, also known as the Clean Water Act ("CWA"), 33 U.S.C. §§ 1251 *et seq.*, on May 16, 2022. The Complaint alleges that Defendants violated and are violating various provisions of the Federal Clean Water Act.

2. Whereas, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 4) on May 17, 2022, assigning the action to the Courts Alternative Dispute Resolution (ADR) Multi-Option Program and setting an Initial Case Management Conference (CMC) for August 17, 2022, and other associated deadlines.

3. Whereas, West Coast filed their answer on June 16, 2022, and their ADR Certification by Parties and Counsel on July 27, 2022. The Parties met and conferred via telephone on July 27, 2022 regarding early settlement, discovery, and initial disclosures. The Parties anticipate finalizing the settlement agreement within the next two to four (2-4) weeks.

4. Whereas, the Parties wish to continue the date of the Initial CMC, and related deadlines by approximately thirty (30) days, subject to the availability of the Court, to allow the parties to pursue early settlement.

5. Whereas, there have been one (1) previous extensions of time to the deadlines for the initial case management conference and related dates.

## STIPULATION

**NOW, THEREFORE,** pursuant to Local Rule 6-2, the Parties, by and through their counsel, stipulate, agree, and request the Court order the following continued deadlines:

| | Current Due Date | Proposed Due Date |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | November 8, 2022. | December 8, 2022. |
| Initial Case Management Conference (CMC) | November 15, 2022 | December 15, 2022 |

Date: November 3, 2022　　　　　　　　CANNATA O'TOOLE FICKES & OLSON LLP


　　　　　　　　　　　　　　　　　　　　_/s/ Therese Y. Cannata_
　　　　　　　　　　　　　　　　　　　　THERESE Y. CANNATA
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　WEST COAST METALS, INC.

Date: November 3, 2022　　　　　　　　LAW OFFICE OF CRAIG A. BRANDT


　　　　　　　　　　　　　　　　　　　　_/s/ Craig A. Brandt_
　　　　　　　　　　　　　　　　　　　　CRAIG A. BRANDT
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: November 3, 2022　　　　　　　　CANNATA O'TOOLE FICKES & OLSON LLP


　　　　　　　　　　　　　　　　　　　　_/s/ Therese Y. Cannata_
　　　　　　　　　　　　　　　　　　　　THERESE Y. CANNATA
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　WEST COAST METALS, INC.

**JOINT STIPULATION TO CONTINUE DEADLINE FOR RULE 26(F) REPORT AND INITIAL CMC**

**ORDER (AS MODIFIED)**

**PURSUANT TO STIPULATION** and **GOOD CAUSE APPEARING THEREFOR**:

1. Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement, shall be continued to December 14, 2022.

2. The Initial Case Management Conference (CMC), shall be continued to December 21, 2022 at 1:30 p.m. in Oakland, by Videoconference only.

**IT IS SO ORDERED AS MODIFIED**.

DATED: November __4__, 2022



_____
Honorable Donna M. Ryu
United States District Judge