THERESE Y. CANNATA (SBN 88032)
VINCENT C. LEE (SBN 310313)
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904
tcannata@cofolaw.com
vlee@cofolaw.com

Attorneys for Defendant
WEST COAST METAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WEST COAST METALS, INC., as a corporation organized and existing under the laws of the State of California, and DOES 1-10, inclusive, <br><br> Defendant. | No.  22-CV-02883-DMR <br><br> **STIPULATION TO DISMISS CLAIMS AND REQUEST FOR ORDER DISMISSING WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE AGREEMENT [FRCP 41(a)(2)]** <br><br> **(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, et seq.)** |

IT IS HEREBY STIPULATED by and between Plaintiff Eden Environmental Citizen's Group, LLC ("Plaintiff" or "Eden") and Defendant West Coast Metals, Inc. ("Defendant" or "West Coast Metals," and collectively with Plaintiff, the "Parties"), through their designated counsel:

WHEREAS, on June 16, 2022, Eden filed its initial complaint in this Court against West Coast Metals;

WHEREAS, the Parties, through their authorized representatives and without either adjudication of Eden's claims or admission by West Coast Metals of any alleged violation or other wrongdoing, have chosen to resolve in full by way of a settlement and release the allegations of Eden as set forth in the Complaint, thereby avoiding the costs and uncertainties of further litigation.

WHEREAS, the Parties submitted a Notice of Settlement to the Court non December 9, 2022, requesting that the Court set January 27, 2023 as the deadline for filing the stipulation for dismissal of Plaintiff's Complaint in this action, or, in the alternative, if objections were received, a status report to the Court on the status of settlement. (Docket No. 19.)

WHEREAS, Eden has submitted the settlement agreement via certified mail, to the U.S. EPA and the U.S. Department of Justice, and after the expiration of the 45 day review period, the U.S. Department of Justice notified the Court that it had no objections to the settlement agreement. (Docket No. 21.)

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that Eden's claims as set forth in the Complaint, be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The Parties respectfully request an order from this Court dismissing such claims with prejudice and for the Court to retain jurisdiction to enforce the settlement agreement.

Date:  January 26, 2023                    CANNATA O'TOOLE FICKES & OLSON LLP


                                           /s/Therese Y. Cannata
                                           THERESE Y. CANNATA
                                           Attorneys for Defendant
                                           WEST COAST METALS, INC.


Date:  January 26, 2023                    LAW OFFICE OF CRAIG A. BRANDT


                                           /s/Craig A. Brandt
                                           CRAIG A. BRANDT
                                           Attorneys for Plaintiff

EDEN ENVIRONMENTAL CITIZEN'S GROUP, LLC

### ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: January 26, 2023        CANNATA O'TOOLE FICKES & OLSON LLP

/s/Therese Y. Cannata
THERESE Y. CANNATA
Attorneys for Defendant
WEST COAST METALS, INC.

STIPULATION FOR DISMISSAL OF CLAIMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Good cause appearing, and the Parties having stipulated and agreed:

IT IS HEREBY ORDERED that Plaintiff Eden Environmental Citizen's Group, LLC claims against Defendant West Coast Metals, Inc., are dismissed with prejudice, but the Court shall retain jurisdiction to enforce the Agreement, each side to bear their own attorney fees and costs, except as provided for by the terms of the Agreement.

IT IS SO ORDERED.

Dated: February 3, 2023

_____

HON. DONNA M. RYU
UNITED STATES DISTRICT COURT JUDGE

4
**STIPULATION FOR DISMISSAL OF CLAIMS**